COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:  *Raul Avalos Guzman v. State of Texas*

Appellate case number:  01-11-00862-CR

Trial court case number:  1187487

Trial court:  351st District Court of Harris County

This case was submitted without oral argument on January 16, 2013. In his brief, appellant Raul Avalos Guzman challenged the sufficiency of the evidence to support the trial court's assessment of court costs in the amount of $530, when no bill of costs appears in the record despite his specific, written request for its inclusion. *See* TEX. R. APP. P. 34.5(b). "A court of appeals must not affirm or reverse a judgment or dismiss an appeal for formal defects or irregularities in appellate procedure without allowing a reasonable time to correct or amend the defects or irregularities." TEX. R. APP. P. 44.3.

Pursuant to Texas Rules of Appellate Procedure 34.5(c) and 44.3, the trial court clerk is ordered to prepare, certify, and file a supplemental record containing a bill of costs. If no bill of costs currently exists, the trial court clerk or an officer of the court is ordered to prepare a bill of costs for inclusion in the supplemental record. *See* TEX. CODE CRIM. PROC. ANN. art. 103.006 (West 2001) ("If a criminal action or proceeding . . . is appealed, an officer of the court shall certify and sign a bill of costs stating the costs that have accrued and send the bill of costs to the court to which the action . . . is . . . appealed.").

The supplemental clerk's record shall be filed in the First Court of Appeals no later than February 8, 2013.

Judge's signature:  /s/ Jane Bland

Panel consists of Justices Jennings, Bland, and Massengale.

Date: January 17, 2013